Lawrence J. Warfield
P.O. Box 14647
Scottsdale, AZ 85267

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF ARIZONA**

| | | |
|---|---|---|
| In re: | § | Case No. 0:11-BK-30620-EWH |
| | § | |
| NICHOLAS J MENDEZ | § | |
| LORENA MENDEZ | § | |
| | § | |
| Debtors | § | |

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 10/31/2011. The undersigned trustee was appointed on 10/31/2011.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of $2,983.41

   Funds were disbursed in the following amounts:

   | | |
   |---|---|
   | Payments made under an interim distribution | $0.00 |
   | Administrative expenses | $0.00 |
   | Bank service fees | $89.02 |
   | Other Payments to creditors | $0.00 |
   | Non-estate funds paid to 3rd Parties | $17.84 |
   | Exemptions paid to the debtor | $0.00 |
   | Other payments to the debtor | $0.00 |
   | Leaving a balance on hand of[1] | $2,876.55 |

   The remaining funds are available for distribution.

---

[1] The balance on funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (5/1/2011)**

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 08/31/2012 and the deadline for filing government claims was 08/31/2012. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $741.39. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $741.39, for a total compensation of $741.39[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $97.84, for total expenses of $97.84.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 10/02/2013          By:  /s/ Lawrence J. Warfield
                               Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**UST Form 101-7-TFR (5/1/2011)**

| Case No.: | 11-30620-YUM EWH | | Trustee Name: | Lawrence J. Warfield |
|---|---|---|---|---|
| Case Name: | MENDEZ, NICHOLAS J AND MENDEZ, LORENA | | Date Filed (f) or Converted (c): | 10/31/2011 (f) |
| For the Period Ending: | 10/2/2013 | | §341(a) Meeting Date: | 12/21/2011 |
| | | | Claims Bar Date: | 08/31/2012 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | CASH $1.00 LOCATION: 609 S. 7TH AVE, YUMA AZ 85364 | $1.00 | $1.00 | OA | $0.00 | FA |
| 2 | AEA FEDERAL CREDIT UNION CHECKING ACCT #...6150 LO | $300.00 | $0.00 | OA | $0.00 | FA |
| 3 | SECURITY DEPOSIT WITH LANDLORD LOCATION: 609 S. 7T | $1,150.00 | $0.00 | OA | $0.00 | FA |
| 4 | 7 OLDER COMPUTER AND PRINTER, 1 MICROWAVE OVEN, 1 | $65.00 | $65.00 | OA | $0.00 | FA |
| 5 | 3 BEDS, 1 LIVING ROOM SOFA, 4 DRESSERS, 6 LAMPS, 3 | $1,500.00 | $1,500.00 | OA | $0.00 | FA |
| 6 | 45 PAPER BACK BOOKS, 15 CHILDREN'S BOOKS LOCATION: | $20.00 | $0.00 | OA | $0.00 | FA |
| 7 | 14 FRAMED FAMILY PICTURES LOCATION: 609 S. 7TH AVE | $10.00 | $0.00 | OA | $0.00 | FA |
| 8 | CLOTHING AND SHOES LOCATION: 609 S. 7TH AVE, YUMA | $500.00 | $0.00 | OA | $0.00 | FA |
| 9 | CLOTHING AND SHOES LOCATION: 609 S. 7TH AVE, YUMA | $500.00 | $0.00 | OA | $0.00 | FA |
| 10 | WEDDING RING LOCATION: 609 S. 7TH AVE, YUMA AZ 853 | $1,000.00 | $0.00 | OA | $0.00 | FA |
| 11 | WEDDING RING LOCATION: 609 S. 7TH AVE, YUMA AZ 853 | $1,000.00 | $0.00 | OA | $0.00 | FA |
| 12 | WATCH LOCATION: 609 S. 7TH AVE, YUMA AZ 85364 | $100.00 | $0.00 | OA | $0.00 | FA |
| 13 | WATCH LOCATION: 609 S. 7TH AVE, YUMA AZ 85364 | $100.00 | $0.00 | OA | $0.00 | FA |
| 14 | 2 FAMILY BIBLES LOCATION: 609 S. 7TH AVE, YUMA AZ | $10.00 | $0.00 | OA | $0.00 | FA |
| 15 | 1 GUITAR LOCATION: 609 S. 7TH AVE, YUMA AZ 85364 | $10.00 | $0.00 | OA | $0.00 | FA |

| Case No.: | 11-30620-YUM EWH | Trustee Name: | Lawrence J. Warfield |
|---|---|---|---|
| Case Name: | MENDEZ, NICHOLAS J AND MENDEZ, LORENA | Date Filed (f) or Converted (c): | 10/31/2011 (f) |
| For the Period Ending: | 10/2/2013 | §341(a) Meeting Date: | 12/21/2011 |
| | | Claims Bar Date: | 08/31/2012 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 16 | 1 9MM PISTOL LOCATION: 609 S. 7TH AVE, YUMA AZ 853 | $175.00 | $0.00 | OA | $0.00 | FA |
| 17 | 1 SMALL TENT, 2 FISHING POLES, TACKLE BOX, 1 BAT, | $20.00 | $20.00 | OA | $0.00 | FA |
| 18 | ALBERTSON'S 401K LOCATION: 609 S. 7TH AVE, YUMA AZ | $8,073.74 | $8,073.74 | OA | $0.00 | FA |
| 19 | 3 D DISTRIBUTION 401 K JOHN HANCOCK CONTRACT # 294 | $8,993.00 | $8,993.00 | OA | $0.00 | FA |
| 20 | WAGES LOCATION: 609 S. 7TH AVE, YUMA AZ 85364 | $0.00 | $480.72 | | $480.72 | FA |
| Asset Notes: | 1/18/12 - RECD email with auth to withhold funds from pro rata | | | | | |
| 21 | 2006 FORD F150 LOCATION: 609 S. 7TH AVE, YUMA AZ 8 | $7,625.00 | $2,625.00 | OA | $0.00 | FA |
| 22 | 2007 MAZDA CX7 LEASED PICKED UP BY LIENHOLDER 10-3 | $9,000.00 | $9,000.00 | OA | $0.00 | FA |
| 23 | 2005 CHRYSLER 300 LOCATION: 609 S. 7TH AVE, YUMA A | $16,000.00 | $11,000.00 | OA | $0.00 | FA |
| 24 | 1 DOG LOCATION: 609 S. 7TH AVE, YUMA AZ 85364 | $10.00 | $0.00 | OA | $0.00 | FA |
| 25 | FOOD AND FUEL LOCATION: 609 S. 7TH AVE, YUMA AZ 85 | $0.00 | $0.00 | OA | $0.00 | FA |
| 26 | 2011 FEDERAL TAX REFUND (u) | $0.00 | $0.00 | | $1,636.76 | FA |
| 27 | 2011 STATE TAX REFUNDS (u) | $0.00 | $0.00 | | $865.71 | FA |
| INT | Interest Earned | Unknown | Unknown | | $0.22 | FA |
| **TOTALS (Excluding unknown value)** | | $56,162.74 | $41,758.46 | | $2,983.41 | **Gross Value of Remaining Assets** $0.00 |

| **Case No.:** | 11-30620-YUM EWH | | **Trustee Name:** | Lawrence J. Warfield |
|---|---|---|---|---|
| **Case Name:** | MENDEZ, NICHOLAS J AND MENDEZ, LORENA | | **Date Filed (f) or Converted (c):** | 10/31/2011 (f) |
| **For the Period Ending:** | 10/2/2013 | | **§341(a) Meeting Date:** | 12/21/2011 |
| | | | **Claims Bar Date:** | 08/31/2012 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

**Initial Projected Date Of Final Report (TFR):**   06/30/2013     **Current Projected Date Of Final Report (TFR):**   06/30/2013     /s/ LAWRENCE J. WARFIELD

                                                                                                                                                                                              LAWRENCE J. WARFIELD

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 11-30620-YUM EWH | Trustee Name: | Lawrence J. Warfield |
|---|---|---|---|
| Case Name: | MENDEZ, NICHOLAS J AND MENDEZ, LORENA | Bank Name: | Bank of Texas |
| Primary Taxpayer ID #: | ******8391 | Checking Acct #: | ******7394 |
| Co-Debtor Taxpayer ID #: | | Account Title: | DDA |
| For Period Beginning: | 10/31/2011 | Blanket bond (per case limit): | $82,080,307.00 |
| For Period Ending: | 10/2/2013 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 06/12/2012 | | M&I Bank | Transfer Funds | 9999-000 | $2,983.41 | | $2,983.41 |
| 07/16/2012 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $2.94 | $2,980.47 |
| 08/14/2012 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $4.80 | $2,975.67 |
| 09/17/2012 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $4.79 | $2,970.88 |
| 10/15/2012 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $4.63 | $2,966.25 |
| 11/15/2012 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $4.78 | $2,961.47 |
| 12/14/2012 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $4.62 | $2,956.85 |
| 01/16/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $4.76 | $2,952.09 |
| 02/14/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $4.77 | $2,947.32 |
| 03/14/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $4.30 | $2,943.02 |
| 04/12/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $4.75 | $2,938.27 |
| 04/30/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $4.59 | $2,933.68 |
| 05/31/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $4.73 | $2,928.95 |
| 06/05/2013 | 5001 | NICHOLAS J MENDEZ AND LORENA MENDEZ | Return of Debtors Pro Rata | 8500-002 | | $17.84 | $2,911.11 |
| 06/28/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $4.56 | $2,906.55 |
| 07/31/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $10.00 | $2,896.55 |
| 08/30/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $10.00 | $2,886.55 |
| 09/30/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $10.00 | $2,876.55 |

SUBTOTALS    $2,983.41    $106.86

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 11-30620-YUM EWH | Trustee Name: | Lawrence J. Warfield |
|---|---|---|---|
| Case Name: | MENDEZ, NICHOLAS J AND MENDEZ, LORENA | Bank Name: | Bank of Texas |
| Primary Taxpayer ID #: | ******8391 | Checking Acct #: | ******7394 |
| Co-Debtor Taxpayer ID #: | | Account Title: | DDA |
| For Period Beginning: | 10/31/2011 | Blanket bond (per case limit): | $82,080,307.00 |
| For Period Ending: | 10/2/2013 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  |  |  | TOTALS: | | $2,983.41 | $106.86 | $2,876.55 |
|---|---|---|---|---|---|---|---|
|  |  |  | Less: Bank transfers/CDs | | $2,983.41 | $0.00 | |
|  |  |  | Subtotal | | $0.00 | $106.86 | |
|  |  |  | Less: Payments to debtors | | $0.00 | $0.00 | |
|  |  |  | Net | | $0.00 | $106.86 | |

| For the period of 10/31/2011 to 10/2/2013 | | For the entire history of the account between 06/12/2012 to 10/2/2013 | |
|---|---|---|---|
| Total Compensable Receipts: | $0.00 | Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 | Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $2,983.41 | Total Internal/Transfer Receipts: | $2,983.41 |
| | | | |
| Total Compensable Disbursements: | $89.02 | Total Compensable Disbursements: | $89.02 |
| Total Non-Compensable Disbursements: | $17.84 | Total Non-Compensable Disbursements: | $17.84 |
| Total Comp/Non Comp Disbursements: | $106.86 | Total Comp/Non Comp Disbursements: | $106.86 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 11-30620-YUM EWH | | Trustee Name: | Lawrence J. Warfield |
|---|---|---|---|---|
| Case Name: | MENDEZ, NICHOLAS J AND MENDEZ, LORENA | | Bank Name: | M&I Bank |
| Primary Taxpayer ID #: | ******8391 | | Money Market Acct #: | ******3978 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Money Market Account |
| For Period Beginning: | 10/31/2011 | | Blanket bond (per case limit): | $82,080,307.00 |
| For Period Ending: | 10/2/2013 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | BALANCE |
| 05/10/2012 | | TREASURY, UNITED STATES | 2011 FEDERAL TAX REFUND | * | $1,965.19 | | $1,965.19 |
| | {26} | | 2011 FEDERAL TAX REFUND   $1,636.76 | 1224-000 | | | $1,965.19 |
| | {20} | | $328.43 | 1129-000 | | | $1,965.19 |
| 05/10/2012 | | STATE OF ARIZONA | 2011 STATE TAX REFUND | * | $1,018.00 | | $2,983.19 |
| | {27} | | 2011 STATE TAX REFUND   $865.71 | 1224-000 | | | $2,983.19 |
| | {20} | | $152.29 | 1129-000 | | | $2,983.19 |
| 05/31/2012 | (INT) | M&I Bank | Interest Rate  0.100 | 1270-000 | $0.13 | | $2,983.32 |
| 06/12/2012 | (INT) | M&I Bank | Interest Earned For June 2012 | 1270-000 | $0.09 | | $2,983.41 |
| 06/12/2012 | | Bank of Texas | Transfer Funds | 9999-000 | | $2,983.41 | $0.00 |
| | | | TOTALS: | | $2,983.41 | $2,983.41 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $2,983.41 | |
| | | | Subtotal | | $2,983.41 | $0.00 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $2,983.41 | $0.00 | |

| For the period of 10/31/2011 to 10/2/2013 | | For the entire history of the account between 05/11/2012 to 10/2/2013 | |
|---|---|---|---|
| Total Compensable Receipts: | $2,983.41 | Total Compensable Receipts: | $2,983.41 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $2,983.41 | Total Comp/Non Comp Receipts: | $2,983.41 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $0.00 | Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 | Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $2,983.41 | Total Internal/Transfer Disbursements: | $2,983.41 |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |  | |
|---|---|---|---|
| **Case No.** | 11-30620-YUM EWH | **Trustee Name:** | Lawrence J. Warfield |
| **Case Name:** | MENDEZ, NICHOLAS J AND MENDEZ, LORENA | **Bank Name:** | M&I Bank |
| **Primary Taxpayer ID #:** | ******8391 | **Money Market Acct #:** | ******3978 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** | Money Market Account |
| **For Period Beginning:** | 10/31/2011 | **Blanket bond (per case limit):** | $82,080,307.00 |
| **For Period Ending:** | 10/2/2013 | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

**TOTAL - ALL ACCOUNTS**

| | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $2,983.41 | $106.86 | $2,876.55 |

| **For the period of 10/31/2011 to 10/2/2013** | | **For the entire history of the case between 10/31/2011 to 10/2/2013** | |
|---|---|---|---|
| Total Compensable Receipts: | $2,983.41 | Total Compensable Receipts: | $2,983.41 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $2,983.41 | Total Comp/Non Comp Receipts: | $2,983.41 |
| Total Internal/Transfer Receipts: | $2,983.41 | Total Internal/Transfer Receipts: | $2,983.41 |
| | | | |
| Total Compensable Disbursements: | $89.02 | Total Compensable Disbursements: | $89.02 |
| Total Non-Compensable Disbursements: | $17.84 | Total Non-Compensable Disbursements: | $17.84 |
| Total Comp/Non Comp Disbursements: | $106.86 | Total Comp/Non Comp Disbursements: | $106.86 |
| Total Internal/Transfer Disbursements: | $2,983.41 | Total Internal/Transfer Disbursements: | $2,983.41 |

# CLAIM ANALYSIS REPORT

| Case No. | 11-30620-YUM EWH | Trustee Name: | Lawrence J. Warfield |
|---|---|---|---|
| Case Name: | MENDEZ, NICHOLAS J AND MENDEZ, LORENA | Date: | 10/2/2013 |
| Claims Bar Date: | 08/31/2012 | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | LAWRENCE J. WARFIELD  P.O. Box 14647  Scottsdale AZ 85267 | 03/26/2013 | Trustee Expenses | Allowed | 2200-000 | $0.00 | $97.84 | $97.84 | $0.00 | $0.00 | $0.00 | $97.84 |
| | LAWRENCE J. WARFIELD  P.O. Box 14647  Scottsdale AZ 85267 | 10/02/2013 | Trustee Compensation | Allowed | 2100-000 | $0.00 | $741.39 | $741.39 | $0.00 | $0.00 | $0.00 | $741.39 |
| 1 | AEA FEDERAL CREDIT UNION  1780 S 1st Ave  Yuma AZ 85364 | 06/04/2012 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $1,979.89 | $1,979.89 | $0.00 | $0.00 | $0.00 | $1,979.89 |

**Claim Notes:** (1-1) Line of Credit

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2 | MIDLAND FUNDING LLC  By its authorized agent Recoser, LLC  25 SE 2nd Ave, Suite 1120  Miami FL 33131-1605 | 06/05/2012 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $148.13 | $148.13 | $0.00 | $0.00 | $0.00 | $148.13 |
| 3 | MOM AND DAD  8359 Yavapai Ln  Yuma AZ 85364 | 06/05/2012 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $3,500.00 | $3,500.00 | $0.00 | $0.00 | $0.00 | $3,500.00 |

**Claim Notes:** (3-1) Owed for a loan given by verbal agreement.

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4 | NELNET  3015 South Parker Road Suite 400  Aurora CO 80014 | 06/25/2012 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $3,758.30 | $3,758.30 | $0.00 | $0.00 | $0.00 | $3,758.30 |

**Claim Notes:** (4-1) Student Loan Obligation

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5 | 1ST FINANCIAL BANK  c/o Creditors Bankruptcy Service  P.O. Box 740933  Dallas TX 75374 | 06/26/2012 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $928.24 | $928.24 | $0.00 | $0.00 | $0.00 | $928.24 |

Page No: 2  Exhibit C

| Case No. | 11-30620-YUM EWH | Trustee Name: | Lawrence J. Warfield |
|---|---|---|---|
| Case Name: | MENDEZ, NICHOLAS J AND MENDEZ, LORENA | Date: | 10/2/2013 |
| Claims Bar Date: | 08/31/2012 | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6 | SALLIE MAE INC, ON BEHALF OF THE Department of Education DOE P.O. Box 740351 Atlanta GA 30374-0351 | 07/14/2012 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $5,500.00 | $5,500.00 | $0.00 | $0.00 | $0.00 | $5,500.00 |
| 7 | US BANK N.A. BANKRUPTCY DEPARTMENT P.O. BOX 5229 CINCINNATI OH 45201-5229 | 08/08/2012 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $4,558.14 | $4,558.14 | $0.00 | $0.00 | $0.00 | $4,558.14 |

**Claim Notes:** (7-1) lea 8168

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8 | ECAST SETTLEMENT CORPORATION c/o Bass & Associates, P.C. 3936 E Ft. Lowell, Suite 200 Tucson AZ 85712 | 08/31/2012 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $614.47 | $614.47 | $0.00 | $0.00 | $0.00 | $614.47 |
| | | | | | | | $21,826.40 | $21,826.40 | $0.00 | $0.00 | $0.00 | $21,826.40 |

Case 0:11-bk-30620-EWH   Doc 24   Filed 12/19/13   Entered 12/19/13 16:08:14   Desc
Page 11 of 15

| | |
|---|---|
| **Case No.** 11-30620-YUM EWH | **Trustee Name:** Lawrence J. Warfield |
| **Case Name:** MENDEZ, NICHOLAS J AND MENDEZ, LORENA | **Date:** 10/2/2013 |
| **Claims Bar Date:** 08/31/2012 | |

**CLAIM CLASS SUMMARY TOTALS**

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|
| General Unsecured 726(a)(2) | $20,987.17 | $20,987.17 | $0.00 | $0.00 | $0.00 | $20,987.17 |
| Trustee Compensation | $741.39 | $741.39 | $0.00 | $0.00 | $0.00 | $741.39 |
| Trustee Expenses | $97.84 | $97.84 | $0.00 | $0.00 | $0.00 | $97.84 |

Exhibit D

# TRUSTEE'S PROPOSED DISTRIBUTION

Case No.: 0:11-BK-30620-EWH
Case Name: NICHOLAS J MENDEZ
LORENA MENDEZ
Trustee Name: Lawrence J. Warfield

Balance on hand: $2,876.55

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors: $0.00
Remaining balance: $2,876.55

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| Lawrence J. Warfield, Trustee Fees | $741.39 | $0.00 | $741.39 |
| Lawrence J. Warfield, Trustee Expenses | $97.84 | $0.00 | $97.84 |

Total to be paid for chapter 7 administrative expenses: $839.23
Remaining balance: $2,037.32

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

Total to be paid to prior chapter administrative expenses: $0.00
Remaining balance: $2,037.32

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

Total to be paid to priority claims: $0.00
Remaining balance: $2,037.32

**UST Form 101-7-TFR (5/1/2011)**

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $20,987.17 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 9.7 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---:|---|---:|---:|---:|
| 1 | AEA Federal Credit Union | $1,979.89 | $0.00 | $192.19 |
| 2 | Midland Funding LLC | $148.13 | $0.00 | $14.38 |
| 3 | Mom and Dad | $3,500.00 | $0.00 | $339.76 |
| 4 | Nelnet | $3,758.30 | $0.00 | $364.84 |
| 5 | 1st Financial Bank | $928.24 | $0.00 | $90.11 |
| 6 | Sallie Mae Inc, On Behalf of The | $5,500.00 | $0.00 | $533.91 |
| 7 | US BANK N.A. | $4,558.14 | $0.00 | $442.48 |
| 8 | eCAST Settlement Corporation | $614.47 | $0.00 | $59.65 |

|   |   |
|---|---:|
| Total to be paid to timely general unsecured claims: | $2,037.32 |
| Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

|   |   |
|---|---:|
| Total to be paid to tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

Total to be paid for subordinated claims: $0.00
Remaining balance: $0.00